THE IN THE UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 10-23108-BM |
| | ) |
| Cherotwo Arapsali and | ) Chapter 7 |
| Marjorie A. DeAngelis, | ) |
| Debtors, | ) |
| | ) |
| Cherotwo Arapsali and | ) |
| Marjorie A. DeAngelis, | ) |
| Movants, | ) Document No. |
| vs. | ) |
| | ) |
| No Respondent. | ) |

## ORDER OF COURT

AND NOW, to-wit, this _3rd_ day of _May_, 2011, on motion of the Debtors and based on the information set forth, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Clerk of the Bankruptcy Court is hereby Ordered to issue a check payable to Volkswagen Credit, Inc. in the amount of $3,744.22 and deliver said funds to the Debtors to be transmitted to this creditor.

By the Court,

Bernard Markovitz
United States Bankruptcy Judge

FILED
MAY -3 2011
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST OF PENNSYLVANIA